IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BERNICE HOOPER, | ) | CASE NO.  1:14-CV-1726 |
| *o/b/o* L.W., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | KENNETH S. McHARGH |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion & Order filed August 27, 2015, the Court AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED.**

s/ Kenneth S. McHargh
Kenneth S. McHargh
United States Magistrate Judge

Date:  August 27, 2015.